JAMES WOODS et al., Individually and as Parents and Natural Guardians of JENNIFER WOODS, an Infant, Respondents, v WILLIAM Y. CHEY, M.D., et al., Appellants, et al., Defendant. [869 NYS2d 834]

 Present—Centra, J.P., Peradotto, Green and Pine, JJ.

 JEAN M. WALESKI, Respondent, v CITY OF SYRACUSE et al., Appellants. [869 NYS2d 833]

 Present—Centra, J.P., Peradotto, Green and Pine, JJ.